JDPA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 SEP -5 AM 9:20

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | Magistrate Case No. '08 MJ 2728 |
| v. | **COMPLAINT FOR VIOLATION OF:** |
| **Thong Tan TRAN,** Defendant(s) | Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) Transportation of Illegal Aliens |

The undersigned complainant, being duly sworn, states:

On or about **September 3, 2008,** within the Southern District of California, defendant **Thong Tan TRAN** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that the alien, namely, **Cheng Gin ZHANG** had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Dwain R. Holmes Jr.
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 5th DAY OF **SEPTEMBER, 2008**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

9/3/08

JDPA

**CONTINUATION OF COMPLAINT:**
**Thong Tan TRAN**

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Cheng Gin ZHANG** is a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial by subpoena; and he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On September 3, 2008, Border Patrol Agents M. Gonzalez, N. Dimolios, and M. Salzano were conducting Border Patrol Operations at the United States Border Patrol Checkpoint located on the westbound lanes of Interstate 8 near Pine Valley, California. At approximately 10:40 a.m., a gray Nissan 350Z approached the primary inspection with one visible occupant. Agent Salzano was working pre-primary with his agency canine Bartel who alerted to the rear area of the Nissan 350Z. Agent Salzano instructed Agent Gonzalez to send the Nissan to the secondary inspection area. The driver, later identified as the defendant **Thong Tan TRAN,** complied with the instructions given by Agent Gonzalez and stopped in the secondary inspection area.

Agent Salzano approached the Nissan and identified himself as a United States Border Patrol Agent and questioned TRAN as to his citizenship. TRAN stated he was a United States citizen. Agent Salzano informed TRAN that his dog alerted to the vehicle, and asked TRAN if he had anything in the vehicle that was illegal. TRAN looked away from him and stated he did not have anything illegal in the vehicle or on his person. Agent Salzano asked TRAN to exit the vehicle and to stand over by the K-rail, so a canine sniff of the vehicle could be performed. TRAN exited the vehicle and stood by the K-rail in the secondary inspection area.

On approach of the vehicle, the dog alerted to the rear window and driver's window of the vehicle. Agent Salzano placed his agency dog into the vehicle, who alerted and indicated to an area behind the driver's seat. On further inspection of the vehicle, one subject, later identified as the material witness Cheng Gin ZHANG, was hidden in the convertible top storage area of the vehicle. Agent Salzano attempted to question the subject as to his citizenship in the Spanish language while he was in the compartment; however, the subject, who appeared to be of Asian descent, did not understand his question. Agent Salzano also observed that ZHANG was profusely sweating which caused his hair and shirt to be wet from being confined in the modified compartment area. Agent Salzano was also unable to locate any method for the subject to exit the compartment in case of an emergency. At approximately 10:45 a.m. both subjects were arrested and transported to the Campo Border Patrol Station for processing. Through the use of an interpreter, it was determined that Cheng Gin ZHANG was a citizen of China and did not have any immigration documents allowing him to enter or remain in the United States legally.

**MATERIAL WITNESSES STATEMENTS:**

Material Witness **Cheng Gin ZHANG** stated that he is a citizen and national of the Peoples Republic of China illegally present in the United States. He stated that he did not have any immigration documents allowing him to be in the United States legally. He stated that arrangements had been made to be smuggled into the United States for $13,000-$15,000 US Dollars. ZHANG stated that he flew from China to Mexico where he stayed at a house near the border. A few days later he was told to get into a trunk and driven to another house, which he believed was in the United States. Early in the morning on September 3rd, TRAN entered and directed him to climb into the compartment of the vehicle by using hand gestures.